FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-0127
_____

T. W.,

    Petitioner,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

May 8, 2019

PER CURIAM.

    The petition alleging ineffective assistance of appellate
counsel is denied on the merits.

WOLF, BILBREY, and WINSOR, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

T.W., pro se, Petitioner.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee; Thomasina F. Moore, Statewide Director of Appeals, and Sara Elizabeth Goldfarb, Appellate Counsel of the Florida Statewide Guardian ad Litem Office, Tallahassee, for Respondent.